UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GW COMMUNICATIONS, LLC,

                Plaintiff,

- against -

RED BLUE MEDIA, INC.,
d/b/a Guff Media,

                Defendant.

**DEFAULT JUDGMENT**

19 Civ. 1691 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      WHEREAS Plaintiff commenced this action by filing a Complaint on February 22, 2019 (Dkt. No. 1); and

      WHEREAS the Court extended Plaintiff's time to serve Defendant with the Summons and Complaint until August 30, 2019 (Dkt. No. 8); and

      WHEREAS Plaintiff served the Summons and Complaint on June 26, 2019 by delivering these documents to an agent of the Secretary of State of the State of New York (Dkt. No. 10); and

      WHEREAS Plaintiff filed proof of such service on July 10, 2019 (Id.); and

      WHEREAS Defendant has not responded to the Complaint or appeared in this action; and

      WHEREAS on December 17, 2019, the Court ordered Defendant to show cause why an order for default judgment should not be entered against it at a hearing on January 16, 2020 (Dkt. No. 21); and

      WHEREAS Plaintiff served the Order to Show Cause on Defendant on December 20, 2019 (Dkt. No. 22); and

WHEREAS Defendant filed no opposition to Plaintiff's motion for a default judgment and did not appear at the January 16, 2020 hearing;

IT IS HEREBY ORDERED that a default judgment is entered against Defendant in the total sum of $89,521.98: $89,003.98 for the amount owed under contract (including prejudgment interest at the contractual rate of 8 percent) and $518 in costs, plus post-judgment judgment interest calculated at the rate set forth in 28 U.S.C. § 1961.

Dated: New York, New York
      January 16, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge